# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Pratt Holding Company, LLC, | ) | Case No. 24-10819 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| Pratt Industries, LLC, | ) | Case No. 24-10820 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| W. Pratt Leasing, L.L.C., | ) | Case No. 24-10821 (KBO) |
| Debtor. | ) | |

**AMENDED**[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 8, 2024 AT 10:30 A.M. (ET)

### THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT

UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION:

1. Application of Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee, Effective as of June 9, 2024 [Docket No. 11; Filed 7/9/2024]

    Related Documents:

    A. Certificate of No Objection Regarding Docket No. 11 [Docket No. 14; Filed 8/6/2024]

    **Status:** **An Order has been entered on this matter.**

---

[1] **Amended items are in bold.**

2. Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ Klehr Harrison Harvey Branzburg LLP as Counsel to the Chapter 7 Trustee Effective as of June 9, 2024 [Docket No. 12; Filed 7/9/2024]
Related Documents:

    A. Certificate of No Objection Regarding Docket No. 12 [Docket No. 15; Filed 8/6/2024]

**Status:** **An Order has been entered on this matter.**

| | |
|---|---|
| Dated: August **7**, 2024<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: dpacitti@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (*pro hac vice* admission pending)<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-3007<br>Facsimile: (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Counsel for the Chapter 7 Trustee* |